AVON LONG et al., Respondents, v. DECCA RECORDS, INC., et al., Appellants.— Order, so far as appealed from, unanimously modified by striking item 7 and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BENJAMIN J. PATER, Appellant, v. MARINE SUPPLY TRADING CO., INC., Respondent.— Order modified by denying the motion to vacate items 2 and 3 (a), (b), (c) and (d) of plaintiff's demand for a bill of particulars, and as so modified affirmed, with $20 costs and disbursements to the appellant. Bill of particulars to be served within twenty days after service of the order with notice of entry. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and deny the motion in all respects.

FREDERICK'S RESTAURANT, INC., Appellant, v. CHARLES WARNER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of ROSE BEALICK against LOUIS BEALICK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See ante, p. 752.]

K. K. CRYSTAL CO., INC., v. YOKOHAMA SPECIE BANK, LTD., in Liquidation under ELLIOTT V. BELL, as Superintendent of Banks of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See ante, p. 755.]

In the Matter of the Arbitration between LEE SHUBERT et al., Doing Business under the Name of S. O. COMPANY, Respondents, and BURTON LANE, Appellant.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See 269 App. Div. 1015.]

431 FIFTH AVENUE CORPORATION v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Callahan, JJ. [See ante, p. 241.]

In the Matter of the Application of JOSEPH GIVANT (also Known as JOSEPH H. GIVANT) for Reinstatement as an Attorney.— Motion denied. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

## (February 15, 1946.)

DAVID CUMMINGS, INC., Appellant, v. PHOENIX MILLS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of ROSE L. MIRANDA, Appellant, against ORDWAY TEAD et al., Constituting the Board of Higher Education of the City of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 834.]

JOHN S. THOMPSON, Appellant, v. THEODORE REVILLON et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.